# United States District Court
## Violation Notice

CVB Location Code: **MD45**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8089626 | WILLIAMS | CID |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 1200 04/04/2019 | 18 USC 641 |

Place of Offense: WRNMMC (GALLEY)

Offense Description: Factual Basis for Charge — HAZMAT ☐
PUBLIC MONEY, PROPERTY OR RECORDS

**DEFENDANT INFORMATION**

Last Name: KIRKPATRICK
First Name: DAWN

Street Address: [redacted]

Tag No. / State / Year / Make/Model / PASS / Color: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

X Defendant Signature: _____
(Rev. 09/2015)   Original - CVB Copy

Violation: 8089626

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **4 APRIL**, 20**19** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **MARYLAND**

INVESTIGATOR WILLIAMS ISSUED THIS CITATION BASED ON THE INVESTIGATION REPORT DOCUMENT AND CLEOC 1900171000166

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/04/2019**
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident